(COB Form nopd.jsp #152)(10/11)

## UNITED STATES BANKRUPTCY COURT
District of Colorado

Lisa K DeView  
Debtor(s)  
Debtor SSN/TaxId Nos.:  
xxx−xx−8353  
Joint Debtor SSN/Tax Id Nos.:

Case Number.: 15−20853−TBM  
Chapter: 7

Debtor(s)  
aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 11/25/16.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 11/25/16 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

Clerk of the Bankruptcy Court  
U.S. Custom House  
721 19th Street  
Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 8/23/16

s/ Janice A. Steinle  
9249 S. Broadway  
Ste. 200  
PMB 505  
Highlands Ranch, CO 80129

**Aliases Page**

**Debtor aka(s):**
aka Lisa DeView